**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **RODNEY S. PAGE, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 1:16-cv-00626-JDL** |
| **NANCY A. BERRYHILL,** | ) | |
| **ACTING COMMISSIONER,** | ) | |
| **SOCIAL SECURITY** | ) | |
| **ADMINISTRATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 21) with the court on November 7, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on November 21, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 21) is hereby **ACCEPTED**. The Commissioner's final administrative decision is **VACATED** and the case is **REMANDED** for further proceedings.

**SO ORDERED.**

**Dated this 6th of December 2017.**

_____
**/s/ Jon D. Levy**
**U.S. DISTRICT JUDGE**